# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP MORRIS USA INC. *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No. 1:15-cv-01590 |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR RECUSAL

With regard to the plaintiffs' Motion for Recusal [Dkt. 25], the defendants take no position on the motion.

Respectfully submitted,

Of Counsel:

| | |
|---|---|
| WILLIAM B. SCHULTZ<br>General Counsel | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General |
| ELIZABETH H. DICKINSON<br>Associate General Counsel<br>Food and Drug Division | JONATHAN F. OLIN<br>Deputy Assistant Attorney General |
| PERHAM GORJI<br>Deputy Chief Counsel, Litigation | MICHAEL S. BLUME<br>Director<br>Consumer Protection Branch |
| PAIGE H. TAYLOR<br>Senior Counsel<br>Food and Drug Division, OGC<br>Office of the General Counsel<br>10903 New Hampshire Avenue<br>White Oak 32 Room 4380<br>Silver Spring, MD 20993-0002 | ANDREW E. CLARK<br>Assistant Director<br><br>/s/ James T. Nelson<br>JAMES T. NELSON |

(301) 796-8720                                     Consumer Protection Branch
                                                   Civil Division
                                                   U.S. Department of Justice
                                                   P.O. Box 386
                                                   Washington, D.C. 20044
                                                   (202) 616-2376
                                                   james.nelson2@usdoj.gov

Dated:  November 19, 2015